IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD ALDRIGO EVANS, | No. 4:19-CV-01112 |
| Plaintiff, | (Judge Brann) |
| v. | |
| LAWRENCE P. MAHALLY, *et al.*, | |
| Defendants. | |

## ORDER

**NOVEMBER 27, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss, Doc. 13, is **GRANTED IN PART**;

2. The motion is **GRANTED** as to the Fourth Amendment and Fourteenth Amendment claims, which are **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court is directed to **DISMISS WITHOUT PREJUDICE** Defendants Wetzel, Mahally, Ransome, and Florek; and

4. The remainder of the motion is **DENIED WITHOUT PREJUDICE**.

5. The remaining Defendants shall now answer the complaint within twenty-one (21) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge