IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD ALDRIGO EVANS, | No. 4:19-CV-01112 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MICHAEL KAYE, *et al.*, | |
| Defendant. | |

## ORDER

### NOVEMBER 19, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 30) is **GRANTED**.

2. All claims against Defendants Smart Communications, John Doe 1, and John Doe 2 are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to enter judgment in favor of Defendants Kaye, Malet, and Snyder and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge